VALENTINE WOHLFRON, Respondent, *v.* BROOKLYN EDISON COMPANY, INC., Appellant.

(Argued October 24, 1933; decided November 21, 1933.)

*John D. Monroe* for appellant.

*Stephen Callaghan* and *Emanuel Sustick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.